IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HUAN DOAN,
A# 076-759-825,

    Petitioner,

vs.                                          Case No. 4:15cv271-RH/CAS

LORETTA LYNCH, et al.,

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on May 28, 2015. Doc. 1. Petitioner's petition[1] was reviewed and service on that same day, and Respondents were directed to show cause why the petition should not be granted as Petitioner alleged that it was unlikely that he would be removed in the reasonably foreseeable future. Doc. 4.

---

[1] Petitioner, a native and citizen of Vietnam, alleged he entered the United States on April 15, 1999. Doc. 1. Petitioner was taken into immigration custody on November 24, 2014, was ordered removed from the United States on October 14, 2014. *Id.*

Petitioner is not challenging the validity of the removal order in this case. He seeks release from detention pursuant to the United States Supreme Court's decision in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001).

Respondents filed a motion to dismiss on July 23, 2015. Doc. 8. Respondents assert the petition is moot because Petitioner was released from custody on June 5, 2015, pending removal from the United States. *Id.* at 2. Petitioner was released on an order of supervision as shown in the Order of Supervision, attached as Exhibit 1. Doc. 10-1. Petitioner has not responded to the motion to dismiss.

Because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot. The motion to dismiss, doc. 8, contains a certificate of service indicating the document was provided to Petitioner at his "forwarding address" which was attached to the motion to dismiss. Doc. 8 at 4; *see also* doc. 8-1 at 3. The Clerk of Court shall forward this Report and Recommendation to Petitioner at that address. However, it is noted that when service was directed, Petitioner was ordered to "file a notice of change of address with this Court should he be released from custody . . . ." Doc. 4. Petitioner has not done so. Thus, it may also be assumed that Petitioner has abandoned this litigation since he was granted the relief sought in the petition and has filed nothing in this case for nearly four months.

**ORDER**

Accordingly, it is **ORDERED** that the Clerk of Court shall forward this ORDER and REPORT AND RECOMMENDATION to Petitioner at 3907 Iowa Avenue, Tampa, Florida 33616.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondent, and the apparent abandonment of this case by Petitioner, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Huan Doan be **DISMISSED as moot** since it appears Petitioner has been released from detention and granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on September 21, 2015.


　S/　  Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**